UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| PLEXUS CORP.,<br>                         PLAINTIFF,<br>  v.<br>THE UNITED STATES,<br>                         DEFENDANT | COURT NO. 13-00343 |

## ORDER

Upon reading the Plaintiff's Motion to Stay Proceedings; and upon all of the papers and proceeding had herein; and good cause appearing therefor, it is hereby

**ORDERED** that Plaintiff's Motion to Stay Proceedings is **GRANTED**, and it is further

**ORDERED** that the above-captioned proceedings shall be stayed, and it is further

**ORDERED** that the parties shall file a joint status report by August 19, 2021, and it is further

**ORDERED** that if the parties are unable to reach a resolution of this action on or before August 19, 2021, then parties shall contact my Case Manager, Cynthia Love, by telephone at (212) 264-2923 or via email to Cynthia_Love@cit.uscourts.gov to arrange a telephone conference with chambers.

                                                                  /s/ Timothy M. Reif
                                                            Timothy M. Reif, Judge

DATED: July 6, 2021
          New York, New York